

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-13-00597-CR

Style:                           Christopher Todd Duhon

                                     **v** The State of Texas

Date motion filed[*]:        November 12, 2013

Type of motion:          Motion for extension to file Anders response

Party filing motion:       Appellant

Document to be filed:     Appellant's Anders response

Is appeal accelerated?     No

If motion to extend time:

      Original due date:                  September 27, 2013

      Number of previous extensions granted:     0        Current Due date:  September 27, 2013

      Date Requested:

Ordered that motion is:

        ☑        Granted

                    If document is to be filed, document due:  December 23, 2013

                ☑      **No further extensions of time will be granted**

        ☐        Denied

        ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐        Other: _____

     **We direct the Clerk of this Court to provide appellant with a copy of the appellate record in this case.  We further grant appellant's request for an extension of time to file his Anders response and order that his response be filed no later than December 23, 2013.  No further extensions of time to file the response will be granted.**

Judge's signature:   /s/ Jane Bland
                        ☐ Acting individually     ☐ Acting for the Court

Panel consists of   _____

Date:  November 21, 2013